IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEEL LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES McGRADY, et al. | : | No. 11-1030 |

### O R D E R

AND NOW, this 7th day of February, 2013, upon consideration of the Petition for Writ of Habeas Corpus and the response thereto, **I HEREBY ORDER** that for the reasons set forth above, the Petition is **DENIED with prejudice and without a hearing.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

s/J.William Ditter, Jr.
J. WILLIAM DITTER, JR., J.